THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE QUEENS COUNTY WATER COMPANY, Appellant, *v.* EGBERT E. WOODBURY et al., as State Board of Tax Commissioners, Respondents.

THE CITY OF NEW YORK, Appellant.

*People ex rel. Queens County Water Co.* v. *Woodbury*, 143 App. Div. 618, affirmed.

(Argued June 2, 1911; decided June 16, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 17, 1911, which affirmed an order of Special Term reducing an assessment for purposes of taxation against the special franchise of relator.

*Henry de Forest Baldwin* for relator, appellant.

*Archibald R. Watson, Corporation Counsel* (*Curtis A. Peters* and *Addison B. Scoville* of counsel), for City of New York, appellant.

*Thomas Carmody, Attorney-General* (*C. R. McSparren* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ.